1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CORTES-VILLASENOR

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10
   UNITED STATES OF AMERICA,           )   No. CR 08-00706 JW
11                                     )
             Plaintiff,                )   **STIPULATION TO CONTINUE**
12                                     )   **HEARING AND EXCLUDE TIME;**
   v.                                  )   **[PROPOSED] ORDER**
13                                     )
   EUGENIO CORTES-VILLASENOR,          )
14                                     )
             Defendant.                )
15   _____ )

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Monday, November 17, 2008, be continued to Monday, December 15, 2008, at 1:30 p.m.   The

19 continuance is requested because the defense is continuing to investigate this matter.

20      The parties further agree that time should be excluded under the Speedy Trial Act because

21 the defense requires time for effective preparation and investigation, and the ends of justice

22 outweigh the defendant's and the public's need for a speedy trial.

23 Dated: 11/12/08                        _____/s/_____
                                          LARA S. VINNARD
24                                        Assistant Federal Public Defender

25 Dated: 11/12/08                        _____/s/_____
                                          DANIEL KALEBA
26                                        Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00706 JW                       1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00706 JW |
| Plaintiff, | ) ) | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. | ) ) | |
| EUGENIO CORTES-VILLASENOR, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested a continuance of the hearing set for November 17, 2008, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for November 17, 2008, be continued to December 15, 2008 at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from November 17, 2008, to December 15, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Dated:   November 13, 2008

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00706 JW                2